MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ACADIA L. SENESE (CABN 251287)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6809
    Facsimile: (415) 436-6758
    E-Mail: acadia.senese@usdoj.gov

Attorney for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> SVETLANA KREYZEL, <br><br> Defendant. | No. CR 09-0702 MAG <br><br> MOTION AND [~~PROPOSED~~][ ORDER TO DISMISS INFORMATION |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Northern District of California hereby dismisses the captioned information against the defendant, SVETLANA KREYZEL, with prejudice; she successfully completed her pre-judgment probation program.

Dated: October 3, 2012                    MELINDA HAAG
                                              United States Attorney

                                              /s/
                                              ACADIA L. SENESE
                                              Assistant United States Attorney

| | |
|---|---|
| 1 | Leave of court is granted to file the foregoing dismissal with prejudice. |
| 2 | |
| 3 | DATED: October 3, 2012 |
| 4 | MARIA-ELENA JAMES<br>United States Magistrate Judge |